Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
MODI

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
**PATRICK KEITH SWANER**
**LORI DENISE SWANER**
**8106 CR 241**                                              CASE NO:09-10258-RLJ-13
                                                             HEARING DATE: 08-26-2013
**CLYDE, TX 79510**                                          HEARING TIME: 11:00 AM

DEBTOR ATTORNEY:   MONTE J WHITE & ASSOCIATES PC

---

### MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Date: July 2, 2013

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1. Date Case Filed:  July 9, 2009
2. Date of Section 341 Meeting: August 7, 2009
3. Date of Confirmation: August 14, 2009
4. First Payment Date: August 8, 2009
5. Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Raise debtor's payment from $780.00 to $1,780.00 beginning in August, 2013 for a new base of $58,800.00.

**III**
**Reason for Modification**

Debtor(s) 2012 tax return shows that Debtor(s) adjusted gross income is $135,747.00. Schedule I on file shows an annual income of $67,281.96.  Modification is requested to raise Debtor(s) payment and/or base accordingly.

Respectfully Submitted,

 /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
PATRICK KEITH SWANER                           CASE NO: 09-10258
LORI DENISE SWANER                              HEARING DATE: 08-26-2013
                                                                    HEARING TIME: 11:00am

A/K/A:                                                      A/K/A 2: LORI DENISE BYRD
D/B/A:                                                      D/B/A 2:

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 08-26-2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

**FOR LIVE COURT**                                        **FOR VIDEO COURT**
**US COURTHOUSE ROOM 2000A**                  **US COURTHOUSE ROOM 2201**
**3RD AND PINE**                                          **3RD & PINE**
**ABILENE, TEXAS 796040000**                        **ABILENE, TEXAS 796040000**

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *7/2/2013*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1205 TEXAS AVE #306**
**LUBBOCK, TEXAS 794010000**

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola, Suite 100
Lubbock, TX  79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
ABILENE DIVISION

IN RE:

PATRICK KEITH SWANER & LORI DENISE SWANER

CASE NO:  09-10258-RLJ-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| PATRICK KEITH SWANER<br>8106 CR 241<br>CLYDE,TX 79510 | LORI DENISE SWANER<br><br>- |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>1100 COMMERCE ST MC 5027DAL<br>DALLAS,TX 75242- | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 |
| MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 |
| WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424-0000 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE,SC 29603-0587 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 |
| UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | FORD MOTOR CREDIT COMPANY<br>DRAWER 55-953   CHAPTER 13<br>PO BOX 55000<br>DETROIT,MI 48255-0953 |
| WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 |
| DAIMLER CHRYSLER SERVICES<br>PO BOX 860<br><br>ROANOKE,TX 76262- | WEST CENTRAL TEXAS COLLECTION BUREAU<br>PO BOX 2586<br><br>ABILENE,TX 79604-2586 |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br><br>NORFOLK,VA 23541- | T & P FEDERAL CREDIT UNION<br>101 S MAIN ST<br><br>BIG SPRING,TX 79720- |
| BASSEL & WILCOX<br>PO BOX 11509<br><br>FORT WORTH,TX 76110- | CITIFINANCIAL<br>PO BOX 70923<br><br>CHARLOTTE,NC 28272-0923 |
| FIRST FINANCIAL BANK NA<br>400 PINE ST<br><br>ABILENE,TX 79601-5108 | CITIFINANCIAL<br>PO BOX 499<br><br>HANOVER,MD 21076- |

CASE NO: 09-10258-RLJ-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI,FL 33131- | CALLAHAN COUNTY TAX COLLECTOR<br>100 W 4TH ST STE 101<br><br>BAIRD,TX 79504- |
| DELL FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>12234 N IH 35<br>AUSTIN,TX 78753- | MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680- |
| COUNTY OF CALLAHAN<br>C/O MCCREARY VESALKA BRAGG & ALLEN<br>PO BOX 1269<br>ROUND ROCK,TX 78680- | CITIFINANCIAL INC<br>PO BOX 140489<br><br>IRVING,TX 75014- |
| MICHAEL REED<br>MCCREAY VESELKA ET AL<br>PO BOX 1269<br>ROUND ROCK,TX 78680- | CITICORP TRUST BANK FSB<br>PO BOX 168648<br><br>IRVING,TX 75016- |
| DELL FINANCIAL SERVICES<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE,SC 29603- | CHRYSLER FINANCIAL SERVICES<br>PO BOX 9001897<br><br>LOUISVILLE,KY 40290-1897 |
| COLLECTION<br>PO BOX 10587<br><br>GREENVILLE,SC 29603- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | PORTFOLIO RC<br>ATTN BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100<br>NORFOLK,VA 23502- |
| CANDICA<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVENUE STE 400<br>SEATTLE,WA 98121- | CAPITAL ONE<br>6125 LAKEVIEW ROAD, STE 800<br><br>CHARLOTTE,NC 28269- |
| FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br><br>DEARBORN,MI 48121- | VANDA LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE,WA 98124- |
| VANDA LLC<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE SUITE 400<br>SEATTLE,WA 98121- | ECMC<br>PO BOX 16408<br><br>SAINT PAUL,MN 55116-0408 |
| ECMC<br>LOCKBOX 8682<br>PO BOX 16478<br>ST PAUL,MN 55116-0478 | |

Dated: 07/02/2013

/s/ Walter O'Cheskey
Chapter 13 Trustee
By: A. Ammons