Pamela J. Chaney  
Monte J. White & Associates, P.C.  
402 Cypress, Suite 310  
Abilene, Texas 79601  
(325)673-6699  
(325)672-9227 fax

UNITED STATES BANKRUTPCY COURT  
NORTHERN DISTRICT OF TEXAS  
ABILENE DIVISION

| | § | |
|---|---|---|
| Patrick Keith Swaner | § | |
| And | § | CASE NO.  09-10258-RLJ-13 |
| Lori Denise Swaner | § | |
| | § | Hearing Date: 8/26/2013 |
| DEBTORS | § | Hearing Time: 11:00 A.M. |

DEBTORS' OBJECTION TO TRUSTEE'S MODIFICATION  
OF PLAN AFTER CONFIRMATION

DEBTORS Patrick Keith Swaner& Lori Denise Swaner,  by and through attorney, Pamela J. Chaney, file this Objection to Trustee's Modification after Confirmation, and would respectfully show the Court as follows:

1. Debtors' Chapter 13 case was filed 7/9/2009.

2. Trustee proposes to raise the Debtor's Trustee payment from $780.00 to $1,780.00 beginning August, 2013 for a new base of $58,800.00.  This modification is based on Debtors' 2012 tax return which shows as adjusted gross income of $135,747.00.  Schedule I on file shows an annual income of $67,281.96.

3. This increase in the adjusted gross income is due to a one time bonus Ms. Swaner received during the year while she was employed with Ensign Facility Services, Inc.  Mrs. Swaner's employment with Ensign Facility Services, Inc. ended on June, 12, 2012.  Mrs. Swaner is now employed with a different company, IntegraCare of Hospice of Abilene, LLC and will no longer be receiving any of these types of bonuses.

4. Debtor request that the Trustee's Modification to increase the Debtors' Trustee payment be denied and the payment remain at $780.00.

FOR THESE REASONS, Debtors request that the Trustee's Modification be denied and the Debtors' Trustee payment remain at the current $780.00 per month.

                                        Respectfully Submitted,

                                        /s/Pamela J. Chaney
                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Objection was served on 7/23/2013 to the following parties in interest at the address listed below by ECF and/or regular U.S. First Class mail:

| | |
|---|---|
| Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, Texas 79424 | Swaner, Patrick Keith<br>Swaner, Lori Denise<br>8106 CR 241<br>Clyde, TX 79510 |
| U.S. Trustee<br>1100 Commerce Street, RM 9C60<br>Dallas, Texas 75242 | attached mailing matrix |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 1901-7346 | |

                                        /s/Pamela J. Chaney
                                        Attorney for Debtor

```
Label Matrix for local noticing        United States Trustee              306 Federal Building
0539-1                                 1100 Commerce Street               1205 Texas Avenue
Case 09-10258-rlj13                    Room 976                           Lubbock, TX 79401-4037
Northern District of Texas             Dallas, TX 75242-0996
Abilene
Tue Jul 23 13:36:54 CDT 2013

Bassel & Wilcox                        (p)CAPITAL ONE                     Callahan County
P.O. Box 11509                         PO BOX 30285                       CO Michael Reed
Fort Worth, TX 76110-0509              SALT LAKE CITY UT 84130-0285       P O Box 1269
                                                                          Round Rock, TX 78680-1269

Callahan County Tax A-C                Candica, L.L.C.                    (p)CHRYSLER FINANCIAL
100 W 4th Street, Ste 101              CO Weinstein & Riley, P.S.         27777 INKSTER RD
Baird, TX 79504-5300                   2001 Western Ave., Ste. 400        FARMINGTON HILLS MI 48334-5326
                                       Seattle, WA 98121-3132

CitiFinancial, Inc                     Citicorp Trust Bank Mortgage Services   Citifinancial
P.O. Box 140489                        PO Box 168648                      Po Box 499
Irving, TX 75014-0489                  Irving, TX 75016-8648              Hanover, MD 21076-0499

Collection                             (p)DELL FINANCIAL SERVICES         Dell Financial Services L.L.C.
Attn: Bankrutpcy Department            P O BOX 81577                      CO Resurgent Capital Services
PO Box 10587                           AUSTIN TX 78708-1577               PO Box 10390
Greenville, SC 29603-0587                                                 Greenville, SC 29603-0390

ECMC                                   ECMC                               First Financial Bk Na
P.O. Box 75906                         PO Box 16408                       400 Pine St
Saint Paul, MN 55175-0906              St. Paul, MN 55116-0408            Abilene, TX 79601-5137

(p)FORD MOTOR CREDIT COMPANY           (p)INTERNAL REVENUE SERVICE        LVNV Funding LLC
PO BOX 6275                            CENTRALIZED INSOLVENCY OPERATIONS  Resurgent Capital Services
DEARBORN MI 48121-6275                 PO BOX 7346                        PO Box 10587
                                       PHILADELPHIA PA 19101-7346         Greenville, SC 29603-0587

(p)MICHAEL REED OR LEE GORDON          Monte J. White & Associates, P.C.  PRA Receivables Management, LLC
PO BOX 1269                            402 Cypress, Suite 310             As Agent Of Portfolio Recovery Assocs.
ROUND ROCK TX 78680-1269               Abilene, TX 79601-5151             CO Capital One Bank
                                                                          POB 41067
                                                                          NORFOLK VA 23541-1067

Panhandle Plains                       Panhandle Plains Student Loan Center   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Student Services Care of Claims Dept   PO Box 839                         PO BOX 41067
PO Box 839                             Canyon, TX 79015-0839              NORFOLK VA 23541-1067
Canyon, TX 79015-0839

Recovery Management Systems Corporation   Recovery Management Systems Corporation   T and P Federal Credit Union
25 SE 2nd Ave. Ste. 1120               25 S.E. 2nd Avenue, Suite 1120     101 S. Main St.
Miami, FL 33131-1605                   Miami, FL 33131-1605               Big Spring, Texas 79720-2516
```

| | | |
|---|---|---|
| TGSLC TG Mail Center<br>Attn: Claims CLMS 1-1 -1E3<br>3500 Wadley Place Ste 303<br>Austin, TX 78728-1279 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Vanda, LLC<br>CO Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Lori Denise Swaner<br>8106 CR 241<br>Clyde, TX 79510-6908 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Patrick Keith Swaner<br>8106 CR 241<br>Clyde, TX 79510-6908 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK -USA, N.A.<br>CO TSYS DEBT MANAGEMENT -M<br>PO BOX 5155<br>NORCROSS, GA 30091 | (d)Capital 1 Bank<br>Attn: CO TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Chrysler Financial<br>Po Box 201147<br>Arlington, TX 76006 |
| (d)Chrysler Financial Services Americas L.L.C<br>P.O. Box 860<br>Roanoke, TX 76262<br>Attn: Rose Arraf | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>12234 North IH 35<br>Austin, TX 78753 | Ford Motor Credit Corporation<br>National Bankruptcy Center<br>PO Box 537901<br>Livonia, MI 48153 |
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 |
| Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Callahan County | (u)Candica L.L.C. | (u)Chrysler Financial Services Americas, L.L. |

(d)Panhandle Plains Student Loan Center
PO Box 839
Canyon, TX 79015-0839

End of Label Matrix
Mailable recipients   37
Bypassed recipients    4
Total                 41